KURT MILLER (SBN 184143)
THE LAW OFFICES OF KURT MILLER
15585 Monterey Road, Suite E
Morgan Hill, California 95037
Phone: (408) 778-2688
Facsimile: (408) 778-2688
Email: lawofficeskam@yahoo.com

Attorney for Plaintiff
VOSTECH CORPORATION

ALAN H. MacPHERSON (SBN 44286)
STEVEN M. LEVITAN (SBN 148716)
CLARK S. STONE (SBN 202123)
MacPHERSON KWOK CHEN & HEID LLP
1762 Technology Drive, Suite 226
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
Email: amacpherson@macpherson-kwok.com
slevitan@macpherson-kwok.com
cstone@macpherson-kwok.com

Attorneys for Defendant
MOSEL VITELIC, INC.

*IT IS SO ORDERED*
*Judge James Ware*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VOSTECH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MOSEL VITELIC INC. and DOES 1 to 25,<br><br>Defendants. | Case No. 05-CV-04627-JW<br><br>**JOINT STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT FOR BREACH OF CONTRACT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND**<br><br>**[PROPOSED] ORDER** |

Plaintiff VOSTECH CORPORATION ("Vostech") and Defendant MOSEL VITELIC, INC. ("MVI") hereby jointly stipulate that Vostech shall have thirty (30) days from the date of this stipulation to file a First Amended Complaint for Breach of Contract in this action against MVI, and that MVI shall have twenty (20) days from the date of filing of the First Amended Complaint

**JOINT STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT FOR BREACH OF CONTRACT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND; [PROPOSED] ORDER-- Case No. 05-CV-04627-JW** 1

by which to answer or otherwise respond.

The parties further stipulate that, should Vostech not file its First Amended Complaint in this action within thirty (30) days from the date of entry of the Order accompanying this stipulation by the Court, that Vostech shall dismiss the complaint in this action against MVI, with prejudice.

By this stipulation, the parties agree that no future dates already set by the Court shall be continued or otherwise delayed.

Respectfully submitted,

DATED: January 23, 2006          THE LAW OFFICES OF KURT MILLER


By     /s/
       KURT MILLER
       Attorney for Plaintiff
       VOSTECH CORPORATION


DATED: January 23, 2006          MacPHERSON KWOK CHEN & HEID LLP


By     /s/
       CLARK S. STONE
       Attorneys for Defendant
       MOSEL VITELIC, INC.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: February    9, 2006
_____
JAMES WARE
United States District Judge

**JOINT STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT FOR BREACH OF CONTRACT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND; [PROPOSED] ORDER-- Case No. 05-CV-04627-JW**       2

**ATTESTATION OF SIGNATURE**

(General Order 45)

Pursuant to N.D. Cal. General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories and I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: January 23, 2006    MacPHERSON KWOK CHEN & HEID LLP


By     /s/
       CLARK S. STONE
       Attorneys for Defendant
       MOSEL VITELIC, INC.

JOINT STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT FOR BREACH OF CONTRACT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND; [PROPOSED] ORDER-- Case No. 05-CV-04627-JW    3